PER CURIAM.
 

 DENIED.
 
 See Brown & Williamson Tobacco Corp. v. Carter,
 
 680 So.2d 546, 547 (Fla. 1st DCA 1996) (holding “the time, trouble, and expense of an unnecessary trial is not ‘irreparable harm’ when determining whether the threshold elements of certiorari jurisdiction have been met”).
 
 Cf. Weinstein v. Aisenberg,
 
 758 So.2d 705 (Fla. 4th DCA 2000) (holding a claim for money damages is an adequate remedy at law and so it does not provide a sufficient basis for injunctive relief, “notwithstanding the possibility that a money judgment will be uncollectible”).
 

 BARFIELD, THOMAS, and CLARK, JJ., concur.